IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ADDRESS FCOSOL34@YAHOO.COM, STORED BY OATH HOLDINGS, INC. (YAHOO!, INC.), AT 701 FIRST AVENUE, SUNNYVALE, CA 94087 | Case No. 1:18-mj-120<br><br>**ORDER**<br><br>**Filed Under Seal** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo!, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo!, Inc., shall not disclose the existence of the attached search warrant, or this Order of the Court, to the subscriber or to any other person, unless and until otherwise authorized to do so by the Court for a period of 180 days from the date of this Order, except that Yahoo!, Inc., may disclose the attached search warrant to an attorney for Yahoo!, Inc., for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for 180 days or until otherwise ordered by the Court.

4/20/2018
Date

_____
Charles S. Miller, Jr.
United States Magistrate Judge

2