AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18-mj-120 | 06/29/2018  2:00 PM | UNATTENDED |

**Inventory made in the presence of:** SA WEESAYMA KENNEDY

**Inventory of the property taken and name of any person(s) seized:**

- ONE DVD+R LABELED "373712" RECEIVED VIA FEDEX #7816 1251 2700.

ACD
6/29/18

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/29/2018

_Executing officer's signature_

AARON C. DUNN    FBI SPECIAL AGENT
_Printed name and title_

## BUSINESS RECORDS DECLARATION

Request for information regarding: )  **DECLARATION OF**
fcosol34@yahoo.com ) **MARSHA J. MORTON**
_____ )

I, Marsha J. Morton, declare:

1. I am a Custodian of Records for Oath Holdings Inc. ("Oath"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Oath. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a search warrant dated April 6, 2018 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto is 1 disc that contains true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins and authentications (if any), as produced by the Yahoo Login Tracker Tool; and (3) a snapshot of the email account contents as produced by the Yahoo Snapshot Tool. Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Oath may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: _____June 26, 2018_____         _____*[signature]*_____
                                                                           Marsha J. Morton, Custodian of Records

Internal reference number: 373712