## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Email Address fcosol34@yahoo.com, ) | |
| Stored by Oath Holdings, Inc. ) | |
| (Yahoo!, Inc.), at 701 First Avenue, ) | |
| Sunnyvale, CA 94087 ) | Case No. 1:18-mj-120 |

Before the court is the Government's motion to seal above-captioned Search Warrant. The Government avers that public disclosure of this search may compromise an ongoing criminal investigation.

Having reviewed the Government's motion and supporting brief, the court concludes that the Government's confidentiality and safety concerns outweigh the public's right to access this information. Accordingly the court **GRANTS** the Government's motion (Docket No. 6). All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall remain sealed until June 3, 2019, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2018.

                 */s/ Charles S. Miller, Jr.*
                 Charles S. Miller, Jr., Magistrate Judge
                 United States District Court